# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chang Hua Wang** <br> Debtor(s) <br><br> **NewRez LLC d/b/a Shellpoint Mortgage Servicing** <br> Movant <br><br> vs. <br><br> **Chang Hua Wang** <br> Respondent(s) <br><br> **Scott F. Waterman** <br> Trustee | **CHAPTER 13** <br><br><br> **NO.** 20-12013 JKF |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____

Bankruptcy Judge