# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chang Hua Wang**<br>　　　　　　　　　　Debtor(s)<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>**Chang Hua Wang**<br><br>　　　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 20-12013 JKF |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 26, 2020**.

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

Chang Hua Wang
1001 Mayflower Drive
Quakertown, PA 18951B

Date: June 26, 2020

　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant