UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Chang Hua Wang<br><br><br>　　　　　Debtor | Chapter 13<br>Bankruptcy No.20-12013-AMC |

CERTIFICATE OF SERVICE

　　I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of August, 2020, by first class mail upon those listed below:

Chang Hua Wang
1001 Mayflower Drive
Quakertown, PA  18951

**Electronically via CM/ECF System Only:**

MICHAEL S SCHWARTZ ESQ
707 LAKESIDE OFFICE PARK
STREET & STUMP ROADS
SOUTHAMPTON, PA  18966

　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee