**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Chang Hua Wang | : |
| Debtor | : Bankruptcy No. 20-12013 AMC |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on August 7, 2020, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

                                                          \s\ **Michael Schwartz**
                                         **MICHAEL SCHWARTZ, ESQUIRE**
                                         **Attorney for Debtor**