| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12013-AMC

Chang Hua Wang  
1001 Mayflower Drive  
Quakertown  PA    18951

Petition Filed Date: 04/16/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/20/2020 | $300.00 | | 06/22/2020 | $300.00 | | 07/20/2020 | $300.00 | |
| 08/20/2020 | $300.00 | | 09/21/2020 | $300.00 | | 10/20/2020 | $300.00 | |
| 11/20/2020 | $300.00 | | 12/21/2020 | $300.00 | | 01/21/2021 | $300.00 | |
| 02/23/2021 | $300.00 | | 03/22/2021 | $300.00 | | 04/20/2021 | $300.00 | |
| 05/21/2021 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $3,900.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $8,992.92 | $0.00 | $8,992.92 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $14,266.30 | $0.00 | $14,266.30 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $6,602.01 | $0.00 | $6,602.01 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $5,839.00 | $963.00 | $4,876.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $20.00 | $0.00 | $20.00 |
| 6 | WELLS FARGO BANK<br>»» 005 | Unsecured Creditors | $5,657.75 | $0.00 | $5,657.75 |
| 7 | WELLS FARGO BANK<br>»» 006 | Unsecured Creditors | $1,807.90 | $0.00 | $1,807.90 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $9,636.31 | $0.00 | $9,636.31 |
| 9 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $5,025.55 | $0.00 | $5,025.55 |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |

**Chapter 13 Case No. 20-12013-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,900.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $3,573.00 | Arrearages: | ($300.00) |
| Paid to Trustee: | $327.00 | Total Plan Base: | $15,300.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.