## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       **CHANG HUA WANG**            :     Chapter 13
            :     Bankruptcy No.
            :     <u>20-12013 AMC</u>

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Chang Hua Wang has filed this Motion to Modify Plan after Confirmation, with the Court.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult an attorney.)**

1.    If you do not want this court to grant the relief sought in the motion, then on or before **September 15, 2021** you or your attorney must do <u>all</u> of the following:

(a)    File an answer explaining your position at:
United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    Mail a copy to the Movant's attorney:
Michael Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA  18966
215-396-7900

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable ASHELY M. CHAN, United States Bankruptcy Judge, in Courtroom  4  at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299 on **September 22, 2021 at 10:00 a.m**., or as soon thereafter as counsel can be heard, to consider the motion.

4.    If a copy of the motion is not enclosed, a copy of the motion will be

provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.     You may contact the Bankruptcy Clerk's office at (215) 408-2000 to find out whether the hearing has been cancelled because no one filed an answer.

     **/s/ Michael Schwartz**
     **MICHAEL SCHWARTZ, ESQUIRE**
     Attorney for Movant

August 24, 2021