**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **CHANG HUA WANG** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | **20-12013 AMC** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Modify Plan After Confirmation was this 24th day of August, 2021, served by electronic notification and/or United States First Class Mail to the Office of the Trustee and all creditors who filed claims using the address listed in the claims register.

    /s/ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor