**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **CHANG HUA WANG** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | **20-12013 AMC** |

**CERTIFICATE OF SERVICE**

    I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Supplemental Compensation (Application for compensation) on August 24, 2021 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

                Respectfully Submitted,


                ____\s\ Michael S. Schwartz_____
                **MICHAEL S. SCHWARTZ, ESQUIRE**
                Attorney for Debtor