# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        **CHANG HUA WANG**                    :    Chapter 13
                                                    :    Bankruptcy No.
                                                    :    <u>20-12013 AMC</u>

## NOTICE FOR APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL

**TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:**

**NOTICE IS GIVEN:**

1. That, **MICHAEL S. SCHWARTZ, ESQUIRE,** attorney for the debtor has filed an Application for Compensation and Reimbursement of Expenses with the United States Bankruptcy Court seeking approval of supplemental Counsel fees and expenses in total sum of **$500.00** for essential bankruptcy services performed.

2. That the above listed Application for Allowance of Compensation along with supporting documentation is on file with the clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 and is available there for inspection.

3. That any Answer, Objection or responsive pleading with respect to the aforesaid Application must be filed within twenty one (21) days of the date of this notice.

4. That in the absence of any Answer, Objection or responsive pleading the debtor's counsel will certify that this Application is unopposed and that an Order may be signed granting the relief requested.

Date: <u>August 24, 2021</u>

**Counsel for Debtor(s):**
Michael S. Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA  18966
215-396-7900

**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee