**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **CHANG HUA WANG** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **20-12013 AMC** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

  I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Supplemental Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on August 24, 2021 and sent notice via electronic notification and/or First Class Mail on August 24, 2021 to the Trustee and all interested parties that they had twenty one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

            Respectfully Submitted,


            _____\s\ Michael Schwartz_____
            **MICHAEL SCHWARTZ, ESQUIRE**
            Attorney for Debtor