**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | **CHANG HUA WANG** | : | **Chapter 13** |
|---|---|---|---|
| | | : | **Bankruptcy No.** |
| | | : | **20-12013 AMC** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on August 24, 2021 and sent notice via electronic notification and/or First Class Mail on August 24, 2021 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                                    Respectfully Submitted,

                                                                \s\ Michael Schwartz
                                                          **MICHAEL SCHWARTZ, ESQUIRE**
                                                          Attorney for Debtor