IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        **CHANG HUA WANG**                    :        Chapter 13
                                                   :        Bankruptcy No.
                                                   :        <u>20-12013 AMC</u>

### ORDER

AND NOW, this _____ day of _____, 2021 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify his Chapter 13 Plan.

BY THE COURT:

_____
**Date: September 22, 2021**                    **Honorable Ashely M. Chan**
                                                **US Bankruptcy Judge**