Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-12013-AMC**

Chang Hua Wang  
1001 Mayflower Drive  
Quakertown  PA    18951

Petition Filed Date: 04/16/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $300.00 | | 05/21/2021 | $300.00 | | 06/21/2021 | $300.00 | |
| 07/20/2021 | $300.00 | | 08/23/2021 | $300.00 | | 09/20/2021 | $300.00 | |
| 10/20/2021 | $300.00 | | 11/22/2021 | $300.00 | | 12/20/2021 | $300.00 | |
| 01/24/2022 | $300.00 | | 02/22/2022 | $300.00 | | 03/21/2022 | $300.00 | |
| 04/20/2022 | $300.00 | | 05/20/2022 | $300.00 | | 06/21/2022 | $300.00 | |
| 07/21/2022 | $300.00 | | | | | | | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $8,992.92 | $0.00 | $8,992.92 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $14,266.30 | $0.00 | $14,266.30 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $6,602.01 | $0.00 | $6,602.01 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $1,503.00 | $1,503.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK<br>»» 005 | Unsecured Creditors | $5,657.75 | $0.00 | $5,657.75 |
| 7 | WELLS FARGO BANK<br>»» 006 | Unsecured Creditors | $1,807.90 | $0.00 | $1,807.90 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $9,636.31 | $0.00 | $9,636.31 |
| 9 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $5,025.55 | $2,800.00 | $2,225.55 |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 20-12013-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,100.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $7,413.00 | Arrearages: | ($300.00) |
| Paid to Trustee: | $687.00 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.