Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12013-AMC**

Chang Hua Wang  
1001 Mayflower Drive  
Quakertown  PA    18951

Petition Filed Date: 04/16/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $300.00 | | 09/20/2022 | $300.00 | | 10/20/2022 | $300.00 | |
| 11/21/2022 | $300.00 | | 12/20/2022 | $300.00 | | 01/23/2023 | $300.00 | |
| 02/21/2023 | $300.00 | | 03/20/2023 | $300.00 | | 04/20/2023 | $300.00 | |

**Total Receipts for the Period:  $2,700.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $10,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $8,992.92 | $48.92 | $8,944.00 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $14,266.30 | $77.60 | $14,188.70 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $6,602.01 | $35.91 | $6,566.10 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  04P | Priority Crediors | $1,503.00 | $1,503.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK<br>»»  005 | Unsecured Creditors | $5,657.75 | $30.77 | $5,626.98 |
| 7 | WELLS FARGO BANK<br>»»  006 | Unsecured Creditors | $1,807.90 | $0.00 | $1,807.90 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»»  007 | Unsecured Creditors | $9,636.31 | $52.42 | $9,583.89 |
| 9 | NEWREZ LLC  D/B/A<br>»»  008 | Mortgage Arrears | $5,025.55 | $5,025.55 | $0.00 |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,800.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,884.17 | Arrearages: | $600.00 |
| Paid to Trustee: | $906.00 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $9.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.