Certificate Number: 15317-PAE-DE-038037621

Bankruptcy Case Number: 20-12013



15317-PAE-DE-038037621

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2023, at 5:16 o'clock PM PST, Chang H Wang completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 20, 2023          By:   /s/Rowela Bagac

Name:  Rowela Bagac

Title:   Counselor